■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT R. GLOVER, Appellant. [895 NYS2d 900]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Criminal Possession of a Controlled Substance,

5th Degree). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.